IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DENMEAD and GABRIEL JIMINEZ, *individually and on behalf of all those similarly situated*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>LOWE'S HIW, INC., *et al.*,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-1820 SI<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS** |

　　　　The parties in this action have sought and received permission to await the resolution of the class action settlement in *Craig Hall, et al., v. Lowe's HIW, Inc.*, No. BC32832, pending in Los Angeles Superior Court, before proceeding with motion practice or case management conferences in this action, because both sides believe that the *Hall* settlement may be dispositive of some or all issues in this action. Final approval of the *Hall* settlement will be determined at an April 15, 2008 hearing.

　　　　Accordingly, in order to preserve the resources of the Court and counsel, defendant's motion to dismiss this action [docket # 11] is denied without prejudice to renewed consideration upon notice by counsel that the *Hall* proceedings have been completed.

**IT IS SO ORDERED.**

Dated: February 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2