```
 1  James A. Krutcik, Esq. (SBN 140550)
    A. Nicholas Georggin, Esq. (SBN 170925)
 2  Michelle E. Ott, Esq. (SBN 241251)
    **KRUTCIK & GEORGGIN**
 3  26021 Acero
    Mission Viejo, California 92691
 4  (949) 367-8590;    (949) 367-8597 FAX

 5  Attorneys for Plaintiffs

 6  Phillip J. Eskenazi (SBN 158976)
    Kevin D. Rising (SBN 211663)
 7  Jeremy F. Bollinger (SBN 240132)
    **AKIN GUMP STRAUSS HAUER & FELD LLP**
 8  2029 Century Park East, Suite 2400
    Los Angeles, California 90067-3012
 9  Telephone:   310-229-1000
    Facsimile    310-229-1001
10
    Attorneys for Defendant
11  LOWE'S HIW, INC.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DENMEAD and GABRIEL JIMENEZ, individually; and on behalf of all those similarly situated, | CASE NO. C 07-01820 SI<br>Judge: Susan Illston<br>Complaint Filed: March 30, 2007 |
| Plaintiffs, | **JOINT STATEMENT RE: STATUS OF FINALIZATION OF SETTLEMENT DOCUMENTS** |
| vs. | |
| LOWE'S COMPANIES, INC., a North Carolina corporation; LOWE'S HIW, INC., a Washington corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

*1*

Plaintiffs, Eric Denmead and Gabriel Jimenez ("Plaintiffs"), and Defendant, Lowe's HIW, Inc. ("Lowe's"), jointly submit this Statement Re: Finalization of Settlement Documents pursuant to the Court's order during the conference call with The Honorable Susan Illston on April 28, 2008.

Since the April 28, 2008 conference call, the parties have diligently worked to finalize the individual Settlement Agreements for Plaintiffs, Eric Denmead and Gabriel Jiminez. A few outstanding issues remain with the Settlement Agreements, the resolution of which requires approval by Lowe's management. Accordingly, the parties request additional time to obtain the approval needed to finalize the Settlement Agreements. The parties are confident that the issues will be resolved and the Settlement Agreements will be finalized within the next fourteen (14) days.

The parties request that the deadline to file a Declaration and Stipulation attaching the signed Order re: Final Approval in *Craig Hall, et al. v. Lowe's HIW, Inc.*, Case No.: BC325832, and individual Settlement Agreements under seal, be continued fourteen (14) days until June 13, 2008, or a date convenient for the Court.

Dated: May 30, 2008        **KRUTCIK & GEORGGIN**

By: /s/ James A. Krutcik
James A. Krutcik, Esq.
A. Nicholas Georggin, Esq.
Michelle E. Ott, Esq.
Attorneys for PLAINTIFFS

Dated: May 30, 2008        **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____
Phillip J. Eskenazi, Esq.
Kevin D. Rising, Esq.
Jeremy Bollinger, Esq.
Attorneys for DEFENDANT,
LOWE'S HIW, INC.

---

pld11 Joint Stmt re Status of Finalization of S Docs.wpd

2

Case No. C 07-01820 SI
Joint Statement Re: Finalization of Settlement Documents

1     Plaintiffs, Eric Denmead and Gabriel Jimenez ("Plaintiffs"), and Defendant, Lowe's HIW, Inc. ("Lowe's"), jointly submit this Statement Re: Finalization of Settlement Documents pursuant to the Court's order during the conference call with The Honorable Susan Illston on April 28, 2008.

    Since the April 28, 2008 conference call, the parties have diligently worked to finalize the individual Settlement Agreements for Plaintiffs, Eric Denmead and Gabriel Jiminez. A few outstanding issues remain with the Settlement Agreements, the resolution of which requires approval by Lowe's management. Accordingly, the parties request additional time to obtain the approval needed to finalize the Settlement Agreements. The parties are confident that the issues will be resolved and the Settlement Agreements will be finalized within the next fourteen (14) days.

    The parties request that the deadline to file a Declaration and Stipulation attaching the signed Order re: Final Approval in *Craig Hall, et al. v. Lowe's HIW, Inc.*, Case No.: BC325832, and individual Settlement Agreements under seal, be continued fourteen (14) days until June 13, 2008, or a date convenient for the Court.

Dated: May 30, 2008     **KRUTCIK & GEORGGIN**

By: _____
James A. Krutcik, Esq.
A. Nicholas Georggin, Esq.
Michelle E. Ott, Esq.
Attorneys for PLAINTIFFS

Dated: May 30, 2008     **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____
Phillip J. Eskenazi, Esq.
Kevin D. Rising, Esq.
Jeremy Bollinger, Esq.
Attorneys for DEFENDANT,
LOWE'S HIW, INC.

2

pld11 Joint Stmt re Status of Finalization of S Docs.wpd      Case No. C 07-01820 SI
Joint Statement Re: Finalization of Settlement Documents

**ORDER**

The Joint Statement and [Proposed] Order is hereby adopted by the Court for the action entitled *Denmead v. Lowe's Companies, Inc. et al.*, Case No. C 07-01820 SI and the parties are ordered to comply. Pursuant to the representation of the parties of pending finalization of the individual Settlement Agreements in this case, the Court orders the deadline to file a Declaration and Stipulation attaching the signed Order re: Final Approval in *Craig Hall, et al. v. Lowe's HIW, Inc.*, case No.: BC325832, and individual Settlement Agreements under seal be continued fourteen (14) days until June 13, 2008.

Dated: _____       *[signature]*
                                The Honorable Susan Illston