IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC DENMEAD and GABRIEL JIMINEZ,      No. C 07-1820 SI
*individually and on behalf of all those similarly
situated*,

       **ORDER RE SUPPLEMENTAL**
       **BRIEFING**

         Plaintiffs,

    v.

LOWE'S HIW, INC., *et al.*,

         Defendants.
_____/

     The parties in this action have stipulated to dismissal of the class action allegations, and to individual settlements by the named class representatives. See Docket #40. At the Court's request, plaintiffs' counsel has submitted a declaration explaining all fees he anticipates receiving as a result of this litigation. He states that the only settlement monies payable by defendant Lowe's to either the named plaintiffs or their counsel are reflected in the individual settlements. Plaintiffs' counsel adds, however, that he "was paid $60,000 by Attorney Kevin Barnes for work and assistance provided in the *Craig Hall et al. v. Loews HIW, Inc., et al.* [No. BC32832, Los Angeles Superior Court] case."

     This amount substantially exceeds the settlement amounts received by the named class representatives. The Court therefore requests that plaintiffs' counsel submit a declaration explaining and itemizing the "work and assistance provided" in the *Craig Hall* case. Said declaration shall be provided on or before July 7, 2008.

     **IT IS SO ORDERED.**

Dated: June 27, 2008

                        _____
                        SUSAN ILLSTON
                        United States District Judge