PHILLIP J. ESKENAZI (SBN 158976)
KEVIN D. RISING (SBN 211663)
JEREMY F. BOLLINGER (SBN 240132)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:      310-229-1000
Facsimile:       310-229-1001

Attorneys for Defendant
LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC DENMEAD and GABRIEL JIMENEZ, individually; and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC., a North Carolina corporation; LOWE'S HIW, INC., a Washington corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07 1820 SI<br><br>[Hon. Judge Susan Illston]<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE SETTLEMENT AGREEMENTS UNDER SEAL**<br><br>Courtroom:     10<br><br>Complaint Filed: March 30, 2007 |

1  Plaintiffs Eric Denmead and Gabriel Jimenez ("Plaintiffs") together with Defendant Lowe's
2  HIW, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record,
3  hereby agree and stipulate to the entry of the following Stipulation and Proposed Order:
4  WHEREAS, Plaintiffs intend to lodge with the court copies of the confidential individual
5  settlement agreements between Plaintiffs and Defendant ("Settlement Agreements") in this case.
6  WHEREAS, the Parties agree that the Settlement Agreements contain confidential non-public
7  information and have been entered into on a confidential basis; thus, good cause exists for filing the
8  Settlement Agreements under seal.
9  NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants
10 that the Settlement Agreements be filed under seal in accordance with Local Rule 79-5.

**IT IS SO STIPULATED.**

Dated: June 17, 2008        KRUTCIK & GEORGGIN

                            By_____s/A. Nicholas Georggin_____
                                      A. Nicholas Georggin
                                      Attorneys for PLAINTIFFS


Dated: June 17, 2008        AKIN GUMP STRAUSS HAUER & FELD LLP

                            By_____s/Kevin D. Rising_____
                                      Kevin D. Rising
                                      Attorneys for Defendants
                                      LOWE'S COMPANIES, INC. and LOWE'S HIW, INC


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2008

                            _____
                            Hon. Susan Illston
                            United States District Court Judge

1

Stipulation and [Proposed] Order To File Settlement Agreements Under Seal          C-07-1820 SI
6253987